UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                      :

HARBINGER F&G, LLC,                           :    Index No.12-civ-5315 (RA)

                                                 :

                   Plaintiff,           :           ECF Case

v.                                         :

                                               :

OM GROUP (UK Limited),                  :

                                             :

                   Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ss.:
COUNTY OF NEW YORK  )

      I, Dana L. Saunders, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in New York, New York 10030.

      On July 20, 2012, I served the Order and Notice of Initial Conference and a template of the Case Management Plan and Scheduling Order filed July 17, 2012 in the above captioned case upon the following attorney and party:

| | |
|---|---|
| Old Mutual plc | Willkie Farr & Gallagher LLP |
| 5th Floor, Old Mutual Place | 787 Seventh Avenue |
| 2 Lambeth Hill | New York, NY 10019-6099 |
| London, EC4V 4GG, United Kingdom | Attention: Alexander M. Dye |
| Attention: Group Company Secretary | |
| **BY REGISTERED MAIL** | **BY CERTIFIED MAIL** |
| # RA433665070US | # 7009 0820 0002 1453 7756 |

By sending these mailings by certified or registered mail (postage prepaid, return receipt requested) through a U.S. Postal Agent at the Franklin D. Roosevelt Station located at 909 Third Avenue, New York,  New York 10022.

Dana L. Saunders

Sworn to before this
20th day of July 2012.

Notary Public
MANUEL LUIS EROSA
Notary Public, State of New York
No. 01ER4900664
Qualified in Queens County
Certificate Filed in New York County
Commission Expires August 22, 2013

2

Registered No.

RA433665070US

| To Be Completed By Post Office | Reg. Fee $ $11.75 | Special Delivery $ | 0007 |
|---|---|---|---|
| | Handling Charge $ $0.00 | Return Receipt $ $2.35 | 03 |
| | Postage $ $2.53 | Restricted Delivery $ $0.00 | 07/20/12 |
| | Received by | | |

Customer Must Declare Full Value $  $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited *(See Reverse)*

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

**FROM**

Olga Kaplan, Esq.
c/o Debevoise & Plimpton LLP
919 Third Avenue/34th Floor
New York, NY 10022

**TO**

Group Company Secretary
Old Mutual plc
5th Floor, Old Mutual Place
2 Lambeth Hill
London, EC4V 4GG, United Kingdom

GB Great Britain and Northern Ireland

PS Form **3806,** June 2000   **Receipt for Registered Mail**   *(Customer Copy)*
*(See Information on Reverse)*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK NY 10019

| | | |
|---|---|---|
| Postage | $ $1.10 | 0007 |
| Certified Fee | $2.95 | 03 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.35 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.40 | 07/20/2012 |

7009 0820 0002 3453 7756

*Sent To* Alexander M. Dye
Willkie Farr & Gallagher LLP
*Street, Apt. No., or PO Box* 787 Seventh Avenue
*City, State, ZIP+4* New York, N.Y. 10019-6099, U.S.A

PS Form 3800, August 2006   See Reverse for Instructions