UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
HARBINGER F&G, LLC,
:
                      Plaintiff,
:
v.                                                  No. 12-cv-5315 (RA)
:
OM GROUP (UK Limited),               **NOTICE OF APPEARANCE**
:
                      Defendant.
:
------------------------------------------------------------ x

        PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP hereby appears as attorneys of record for Defendant OM Group (UK) Limited (incorrectly sued as OM Group (UK Limited)), and further requests that copies of all papers in this action be served upon it at the office and address set forth below.

Dated: New York, New York
         August 2, 2012

**WILLKIE FARR & GALLAGHER LLP**

By: _____
      Joseph T. Baio
      (A Member of the Firm)
787 Seventh Avenue
New York, New York   10019-6099
Phone: (212) 728-8000
Email: jbaio@willkie.com

*Attorneys for Defendant OM Group (UK) Limited*

TO:
Daniel M. Abuhoff
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Harbinger F&G, LLC*