UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                        :

HARBINGER F&G, LLC,
                        :

           Plaintiff,
                        :        No. 12-cv-5315 (RA)

v.                       :        **DEFENDANT'S**

OM GROUP (UK Limited),
                        :        **RULE 7.1 STATEMENT**

           Defendant.
                        :

------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1, non-governmental party OM Group (UK) Limited (incorrectly sued as OM Group (UK Limited)) states, through its undersigned counsel, that it is a wholly-owned subsidiary of Old Mutual plc, a public company organized and existing under the laws of England and Wales.  Shares of Old Mutual plc trade on several foreign exchanges including the London Stock Exchange.

There are no other ownership interests in OM Group (UK) Limited.

Dated: New York, New York
       August  2, 2012

                        **WILLKIE FARR & GALLAGHER LLP**

                        By: _____
                               Joseph T. Baio
                             (A Member of the Firm)
                        787 Seventh Avenue
                        New York, New York   10019-6099
                        Phone:  (212) 728-8000
                        Email:  jbaio@willkie.com

                        *Attorneys for Defendant OM Group (UK) Limited*