Abrams, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

HARBINGER F&G, LLC,

                      Plaintiff,

v.

OM GROUP (UK Limited),

                      Defendant.

------------------------------------------------------------- x

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG - 6 2012
```

No. 12-cv-5315 (RA)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time for Defendant to answer, move, or otherwise respond to the Complaint is hereby extended from August 2, 2012 to September 7, 2012. This is Defendant's first request for an extension.

Dated: New York, New York
            August 2, 2012

**DEBEVOISE & PLIMPTON LLP**

_____
Daniel M. Abuhoff

919 Third Avenue
New York, New York 10022
Phone: (212) 909-6381
Email: dmabuhoff@debevoise.com

*Attorneys for Plaintiff*
*Harbinger F&G, LLC*

**WILLKIE FARR & GALLAGHER LLP**

_____
Joseph T. Baio

787 Seventh Avenue
New York, New York 10019-6099
Phone: (212) 728-8000
Email: jbaio@willkie.com

*Attorneys for Defendant*
*OM Group (UK) Limited*

SO ORDERED:

_____
Honorable Ronnie Abrams,
United States District Judge

8/6/12