Abrams, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
: 
HARBINGER F&G, LLC, :
:
                     Plaintiff, :
:
v.                                      :     No. 12-cv-5315 (RA)
:
OM GROUP (UK Limited),                        :     **STIPULATION AND ORDER**
:
                     Defendant. :
:
----------------------------------------------------------- x

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 14 2012

## STIPULATION

WHEREAS, on July 9, 2012, Plaintiff Harbinger F&G, LLC, filed a Complaint naming OM Group (UK Limited) as Defendant; and

WHEREAS the correct name of the Defendant is OM Group (UK) Limited;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the caption to this action be corrected by the Clerk of the Court to reflect OM Group (UK) Limited as the defendant's name in place of OM Group (UK Limited).

Dated: New York, New York
August 8, 2012

DEBEVOISE & PLIMPTON LLP

_____
Daniel M. Abuhoff

919 Third Avenue
New York, New York 10022
Phone: (212) 909-6381
Email: dmabuhoff@debevoise.com

*Attorneys for Plaintiff*
*Harbinger F&G, LLC*

WILLKIE FARR & GALLAGHER LLP

_____
Joseph T. Baio

787 Seventh Avenue
New York, New York   10019-6099
Phone: (212) 728-8000
Email: jbaio@willkie.com

*Attorneys for Defendant*
*OM Group (UK) Limited*

SO ORDERED:

_____
Honorable Ronnie Abrams,
United States District Judge

8/14/12