# MEMO ENDORSED

**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 04 2012

August 31, 2012

BY EMAIL

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

**Harbinger F&G, LLC v. OM Group (UK) Limited, 12 Civ. 5315 (RA), Initial Status Conference**

Dear Judge Abrams:

As requested, the parties' have conferred about rescheduling the initial status conference currently scheduled for September 26, 2012 at 10:00 a.m. pursuant to the Order and Notice of Initial Conference dated July 17, 2012. (Doc. No. 5.) The parties are available on October 2, 2012 at 11 a.m. for an initial status conference.

In light of this change, the parties respectfully request that the date to submit the joint letter and proposed case management plan, currently scheduled for September 19, 2012 pursuant to the Order and Notice of Initial Conference dated July 17, 2012 (Doc No. 5), be extended to September 24, 2012.

Sincerely,

*Daniel M. Abuhoff*

Daniel M. Abuhoff

cc: Joseph Baio, Esq.
    Benjamin McCallen, Esq.
    Wilkie Farr & Gallagher LLP

*Application granted. The conference will be held on October 2, 2012 at 11:15 a.m.*

SO ORDERED:

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
9/4/12

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai