ABRAMS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

HARBINGER F&G, LLC,

                        Plaintiff,

v.                                           No. 12-cv-5315 (RA)

OM GROUP (UK) Limited,                    STIPULATION AND ORDER

                        Defendant.

------------------------------------------------------------ x

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 06 2012

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time for Defendant to answer, move, or otherwise respond to the Complaint is hereby extended from September 7, 2012 to September 12, 2012. This is Defendant's second request for an extension.

Dated: New York, New York
         September 4, 2012

DEBEVOISE & PLIMPTON LLP

_____
Daniel M. Abuhoff

919 Third Avenue
New York, New York 10022
Phone: (212) 909-6381
Email: dmabuhoff@debevoise.com

*Attorneys for Plaintiff*
*Harbinger F&G, LLC*

WILLKIE FARR & GALLAGHER LLP

_____
Joseph T. Baio

787 Seventh Avenue
New York, New York 10019-6099
Phone: (212) 728-8000
Email: jbaio@willkie.com

*Attorneys for Defendant*
*OM Group (UK) Limited*

SO ORDERED:

_____
Honorable Ronnie Abrams,
United States District Judge

9/6/12