UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

HARBINGER F&G, LLC,                      :

        Plaintiff,                    :   12 Civ. 5315 (RA) (AJP)

        -against-                    :   **RULE 502(d) ORDER**

OM GROUP (UK) LIMITED,                   :

        Defendant.                    :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

SO ORDERED.

Dated:    New York, New York
          April 4, 2013

Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                       Judge Ronnie Abrams