UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
HARBINGER F&G, LLC,                                         :   Index No. 12-civ-5315 (RA)
                                                            :
                            Plaintiff,                      :   ECF Case
                                                            :
v.                                                          :
                                                            :   **NOTICE OF APPEARANCE**
OM GROUP (UK) Limited,                                      :
                                                            :
                            Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Please take notice that the undersigned, of the law firm Debevoise & Plimpton LLP, is hereby entering an appearance as counsel of record for plaintiff Harbinger F&G, LLC in the above-captioned action.

Dated:  New York, NY
        July 26, 2013

                                                  DEBEVOISE & PLIMPTON LLP

                                                  By:  /s/ Sok T. Tea
                                                       Sok T. Tea
                                                       919 Third Avenue
                                                       New York, NY 10022
                                                       Phone:  212-909-6000
                                                       Fax:  212-909-6836
                                                       sttea@debevoise.com

*Attorneys for Plaintiff Harbinger F&G, LLC*