# MEMO ENDORSED

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/13

September 3, 2013

VIA EMAIL

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

**Harbinger F&G, LLC v. OM Group (UK) Limited**
**No. 12 Civ. 5315 (RA), Joint Letter**

Dear Judge Abrams:

Pursuant to the Court's direction at the July 12, 2013, conference, the parties have conferred about potential settlement and a briefing schedule for summary judgment. The parties were unable to reach a settlement and agreed additional discussion would not be productive at this time. The parties respectfully request the following briefing schedule for summary judgment: (*i*) motions are due by October 4, 2013; (*ii*) responses are due by November 5, 2013; and (*iii*) any reply is due by November 26, 2013.

Sincerely,

Daniel M. Abuhoff

cc: Joseph T. Baio
Benjamin P. McCallen
Teri Seigal
Casey E. Donnelly
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

*Attorneys for Defendant OM Group (UK) Limited*

APPLICATION GRANTED
SO ORDERED

RONNIE ABRAMS, U.S.D.J.
9/4/13

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai