UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HARBINGER F&G, LLC,

        Plaintiff,

-against-

OM GROUP (UK) LIMITED,

        Defendant.
------------------------------------- x

12 Civ. 5315 (RA) (AJP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/13/13

**ANDREW J. PECK, United States Magistrate Judge:**

No parties having filed objections to the April 22, 2013 Report and Recommendation of Special Master Kathleen A. Roberts (Dkt. No. 30), and the Court having reviewed the Report, the Report is approved and adopted.

        SO ORDERED.

Dated:       New York, New York
              September 13, 2013

                                    **Andrew J. Peck**
                                    United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                            Special Master Kathleen A. Roberts (mail)
                            Judge Ronnie Abrams