UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HARBINGER F&G, LLC,

               Plaintiff,

v.

OM GROUP (UK) Limited,

               Defendant.
------------------------------------------------------------ X

No. 12-cv-5315 (RA)(AJP)

ECF Case

**NOTICE OF MOTION OF DEFENDANT OM GROUP (UK) LIMITED FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE that upon the accompanying Rule 56.1 Statement, the Declaration of Casey E. Donnelly sworn to October 4, 2013, and the exhibits thereto, and the accompanying Memorandum of Law, Defendant OM Group (UK) Limited, by its attorneys, shall move before the Honorable Ronnie Abrams, U.S.D.J., of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York at a date and time to be determined for an Order granting summary judgment in favor of Defendant pursuant to Rule 56 of the Federal Rules of Civil Procedure, and granting such additional relief as the Court deems just and proper.

- 2 -

Dated: New York, New York
October 4, 2013

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Joseph T. Baio
Joseph T. Baio
Benjamin P. McCallen
Casey E. Donnelly
787 Seventh Avenue
New York, New York   10019-6099
Phone:  (212) 728-8000
Email:  jbaio@willkie.com

*Attorneys for Defendant OM Group (UK) Limited*

To:

Daniel M. Abuhoff
Olga Kaplan
Sok T. Tea
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Counsel for Plaintiff Harbinger F&G, LLC*