DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

December 6, 2013

VIA ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

      **Harbinger F&G, LLC v. OM Group (UK) Limited, No. 12-civ-5315 (RA)**

Dear Judge Abrams:

    We represent plaintiff Harbinger F&G, LLC ("Harbinger") in the above-captioned case. Pursuant to Paragraph 4(G) of Your Honor's Individual Practices, we respectfully request oral argument on Harbinger's motion for summary judgment and on Harbinger's opposition to Defendant OM Group (UK) Limited's motion for summary judgment.

                      Respectfully submitted,

                      /s/ *Daniel M. Abuhoff*

                      Daniel M. Abuhoff

cc:  Counsel for Defendant OM Group (UK) Limited