WILLKIE FARR & GALLAGHER LLP

JOSEPH T. BAIO
212 728 8203
jbaio@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

December 9, 2013

VIA ECF

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Harbinger F&G, LLC v. OM Group (UK) Limited*, No. 12 Civ. 5315 (RA),
*Defendant's Letter Regarding Oral Argument*

Dear Judge Abrams:

       This firm represents Defendant OM Group (UK) Limited. I write to respectfully request oral argument on OM's motion for summary judgment and on OM's opposition to Plaintiff Harbinger F&G LLC's motion for summary judgment.

Respectfully submitted,

Joseph T. Baio

cc: Daniel M. Abuhoff, Debevoise & Plimpton LLP
*(Counsel for Plaintiff Harbinger F&G, LLC)*